Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

JOHNNY GLEN EISEN
DEBRA KAY EISEN

CASE NO: 11-10404-RLJ-13
HEARING DATE:  8/22/2012
HEARING TIME:  11:00 AM

## FIRST AMENDED TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 003 0 P | INTERNAL REVENUE SERVICE | $8,000.00 | 014 0 U | ALLTEL COMMUNICATIONS | $600.00 |
|  | *Provided priority for 2008 taxes in confirmed plan; no claim filed.* |  |  |  |  |
| 017 0 U | AUSTIN FINANCE CO | $3,056.00 | 022 0 U | CITGO/CITIBANK | $500.00 |
| 024 0 U | CREDIT SYSTEMS INTERNATIONAL INC | $3,064.00 | 025 0 U | FINANCIAL CONTROL SERVICES | $814.00 |
| 033 0 U | HILCREST MEDICAL HOSPITAL | $500.00 | 034 0 U | MCI | $80.00 |
| 036 0 U | NCO FINANCIAL SYSTEMS | $169.00 | 037 0 U | PINNACLE FINANCIAL GRO | $411.00 |
| 038 0 U | PLAINS COMMERCE BANK | $1,079.00 | 039 0 U | SEARS | $200.00 |
| 040 0 U | SHELL | $250.00 | 041 0 U | SUN LOAN COMPANY | $728.00 |
| 042 0 U | TEXACO - SHELL CREDIT CARD CENTER | $500.00 |  |  |  |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | ALLY FINANCIAL | 2007 DODGE RAM | $29,532.44 | $29,716.00 | 6.50% | 56 | $642.78 PAID BY TRUSTE |
|  | *Not provided for in confirmed plan.* | | | | | | |
| 009 0 | ALLY FINANCIAL | 2011 JEEP COMPASS | $24,193.82 | $24,193.82 | 6.50% | 56 | $528.43 PAID BY TRUSTE |
| 010 0 * | PREFERRED CREDIT INC | KIRBY VACUUM | $1,876.79 | $1,869.00 | | | SURRENDERED |
| 011 0 | BROWN CAD | 2011 PROPERTY TAXES - WITHDRAWN | $1,580.51 | $101,560.00 | | | CLAIM WITHDRAWN |
| 013 0 | VANDERBILT MORTGAGE AND FINANCE INC | HOMESTEAD | $65,822.20 | $101,560.00 | | | PD DIRECT BY DEBTOR |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 010 1 U | PREFERRED CREDIT INC | $7.79 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SPLIT CLAIM/KIRBY VACUUM | | | 015 0 U | AMERICAN INFOSOURCE LP | $413.41 |
| | | | | | SERVICES/T MOBILE | |
| 018 0 U | NORTHSTAR CAPITAL ACQUISITION | | $1,099.93 | 021 0 U | NORTHSTAR CAPITAL ACQUISITION | $434.83 |
| | PURCHASES/CAPITAL ONE | | | | PURCHASES/CHEVRON AND TEXACO | |
| 029 0 U | EQUABLE ASCENT FINANCIAL LLC | | $4,702.74 | 030 0 U | GE CAPITAL RETAIL BANK | $185.97 |
| | PURCHASES/FRIEDMAN | | | | PURCHASES/GEMB JC PENNEY | |
| 035 0 U | MERRICK BANK | | $509.14 | 044 0 U | WORLD FINANCE CORPORATION | $1,446.92 |
| | PURCHASES | | | | LOAN | |
| 053 0 U * | AMERICAN INFOSOURCE LP | | $410.34 | 060 0 U * | PRA RECEIVABLES MANAGEMENT | $2,237.29 |
| | SERVICES | | | | PURCHASES/CAPITAL ONE | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |
| 062 0 U * | CAPITAL ONE BANK | | $1,349.23 | 063 0 U * | EQUABLE ASCENT FINANCIAL LLC | $1,798.97 |
| | PURCHASES | | | | PURCHASES/CITIBANK | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |
| 067 0 U * | FMCI MASS MARKET | | $78.08 | 068 0 U * | BROWNWOOD REGIONAL MEDICAL CENTER | $2,797.13 |
| | SERVICES | | | | MEDICAL SERVICES | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim.  Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Beginning 12/8/2011 debtor shall make 6 payments of $1,450.00.  Beginning 6/9/2012 debtor shall make 50 payments of $1,700.00; for a total plan contribution of $93,700.00.  Plan pays 100% to general unsecured creditors who timely filed claims.  The claim term has been reduced from 60 to 56 months.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 8/22/2012 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:  7/19/2012                                        /s/ Walter O'Cheskey
                                                        _____
                                                        Walter O'Cheskey
                                                        Chapter 13 Trustee

```
AARONS 231 AARON RD  BROWNWOOD TX 76801
ALLTEL COMMUNICATIONS 1801 B SOUTH MONROE STREET  TALLAHASSE FL 32301
ALLY FINANCIAL 200 RENAISSANCE CENTER  DETROIT MI 48243
ALLY FINANCIAL PO BOX 130424  ROSEVILLE MN 55113
ALLY FINANCIAL PO BOX 78367  PHOENIX AZ 85062
AMERICAN INFOSOURCE LP T MOBILE/T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY OK 73124
AMSHER COLLECTION SERV 600 BEACON PKWY W STE 30  BIRMINGHAM AL 35209
AUSTIN FINANCE CO 147 N BELKNAP  STEPHENVILLE TX 76401
BROWN CAD 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
BROWN COUNTY APPRAISAL DISTRICT 402 FISK  BROWNWOOD TX 76801
BROWNWOOD REGIONAL MEDICAL CENTER C/O PASI PO BOX 188 BRENTWOOD TN 37024
CAPITAL ONE BANK BY AMERICAN INFOSOURCE LP PO BOX 71083 CHARLOTTE NC 28272
CAPITAL ONE PO BOX 30285  SALT LAKE CITY UT 84130
CAPITAL ONE PO BOX 85167  RICHMOND VA 23285
CHARLIES APPLIANCE 509 W BAKER  BROWNWOOD TX 76801
CHEVRON/TEXACO PO BOX 5010  CONCORD CA 94524
CITGO/CITIBANK PO BOX 6003  HAGERSTOWN MD 21747
CITIBANK PO BOX 6003  HAGERSTOWN MD 21747
CREDIT SYSTEMS INTERNATIONAL INC 1277 COUNTRY CLUB LANE  FORT WORTH TX 76112
EQUABLE ASCENT FINANCIAL LLC C/O REC MGM SYS CORP 4700029416-9908893 25 SE 2ND AVENUE   SUITE 1120 MIAMI FL 33131
EQUABLE ASCENT FINANCIAL LLC C/O REC MGM SYS CORP 4700029634-9908893 25 SE 2ND AVENUE   SUITE 1120 MIAMI FL 33131
FINANCIAL CONTROL SERVICES 6801 SANGER AVE STE 195  WACO TX 76710
FIRST NATIONAL COLLECTION BUREAU INC 610 WALTHAM WAY  SPARKS NV 89434
FMCI MASS MARKET PO BOX 3243  BLOOMINGTON IL 61702
FRIEDMANS JEWELERS PO BOX 5199  OCEAN SIDE CA 92052
GE CAPITAL RETAIL BANK C/O REC MGM SYS CORP 2487765-9908893 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131
GEMB JCP ATTN BANKRUPTCY DEPT PO BOX 103104 ROSWELL GA 30076
HAMILTON GENERAL HOSPITAL 400 N BROWN  HAMILTON TX 76531
HILCREST MEDICAL HOSPITAL 6780 MAYFIELD RD  MAYFIELD HEIGHTS OH 44124
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
IRS DEPARTMENT ATTN  DOROTHY SHIELDS 1100 COMMERCE MAIL CODE 5027 DALLAS TX 75242
JC PENNEY PO BOX 533  DALLAS TX 75221
JOHNNY GLEN EISEN & DEBRA KAY EISEN 9010 CR 149  BROWNWOOD TX 76801
LINEBARGER GOGGAN BLAIR & SAMPSON 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
LINEBARGER GOGGAN BLAIR 2323 BRYAN STREET STE 1600 DALLAS TX 75201
MCI PO BOX 4600  IOMA CITY IA 52244
MERRICK BANK C/O RESURGENT CAPITAL SERVICES PO BOX 10368 GREENVILLE SC 29603
MERRICK BANK PO BOX 23356  PITTSBURGH PA 15222
MID TEX ANESTHISIA ASSOCIATES 405 LONDONDERRY DR STE 105  WACO TX 76712
NCO FINANCIAL SYSTEMS 507 PRUDENTIAL ROAD  HORSHAM PA 19044
NORTHSTAR CAPITAL ACQUISITION C/O ZENITH ACQUISITION CORP PO BOX 850 AMHERST NY 14226
NORTHSTAR CAPITAL ACQUSISTION 170 NORTHPOINTE PKWY SUITE 300 AMHERST NY 14228
PINNACLE FINANCIAL GRO 7825 WASHINGTON AVE S ST  MINNEAPOLIS MN 55439
PLAINS COMMERCE BANK PO BOX 1059  ABERDEEN SD 57402
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PREFERRED CREDIT INC PO BOX 1679  ST CLOUD MN 56302
PREFERRED CREDIT INC PO BOX 1970  ST CLOUD MN 56302
SEARS PO BOX 6563  THE LAKES NV 88901
SHELL GASOLINE CARD CENTER PO BOX 689151 DES MONIES IA 50368
SUN LOAN COMPANY 511 W COMMERCE ST  BROWNWOOD TX 76801
TEXACO - SHELL CREDIT CARD CENTER PO BOX 689151  DES MOINES IA 50368
THOMAS & THOMAS 2323 PARK AVE  CINCINNATI OH 45206
T-MOBILE PO BOX 37380  ALBUQUERQUE NM 87176
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
VANDERBILT MORTGAGE AND FINANCE INC PO BOX 9800  MARYVILLE TN 37802
VANDERBILT MORTGAGE ATTN:BANKRUPTCY UNIT PO BOX 9800 MARYVILLE TN 37802
WACO CARDIOLOGY ASSOCIATES 7125 NEW SANGER RD #A  WACO TX 76712
WACO LUNG ASSOCIATES 7125 NEW SANGER RD #A  WACO TX 76712
WORLD FINANCE CORP 205 WEST AUSTIN STREET  BROWNWOOD TX 76801
WORLD FINANCE CORPORATION 305 CENTER AVENUE  BROWNWOOD TX 76801
WORLD FINANCE CORPORATION WORLD ACCEPTANCE CORP ATTN  BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606
```