

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 12, 2014

**United States Bankruptcy Judge**

---

MOD1 0013.000276

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

IN RE:                                      CASE NO: 11-10404-RLJ-13
JOHNNY GLEN EISEN                           DATED: June 11, 2014
DEBRA KAY EISEN                             ATTORNEY: MONTE J WHITE & ASSOCIATES PC
                                            HEARING DATE: JUNE 4, 2014

**ORDER APPROVING  MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated APRIL 4, 2014. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated APRIL 4, 2014 be and the same is hereby APPROVED, as stated below:

THE $336.00 DEBTORS ARE IN ARREARS SHALL BE REMOVED FROM THE BASE.  PLAN PAYMENT SHALL BE LOWERED TO $1,205.00 BEGINNING JUNE 2014 FOR MONTHS 31 THROUGH 60.  THE NEW PLAN BASE SHALL BE $85,314.00.  THE MONTHLY PAYMENT TO ALLY FINANCIAL FOR THE $29,532.44 CLAIM SECURED BY A 2007 DODGE RAM SHALL BE REDUCED TO $564.44.  THE MONTHLY PAYMENT TO ALLY FINANCIAL FOR THE $24,193.82 CLAIM SECURED BY A 2011 JEEP COMPASS SHALL BE REDUCED TO $464.02.  DEBTORS' ATTORNEY SHALL BE ALLOWED $400.00 FOR FILING THIS MODIFICATION TO BE PAID THROUGH THE TRUSTEE.  IT IS FURTHER ORDERED THAT THE TRUSTEE SHALL REMIT ANY RESULTING OVERPAYMENTS TO  DEBTORS.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # #

/s/  Marc McBeath
Marc McBeath, Staff Attorney for Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424